

ACCEPTED
15-24-00126-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/16/2025 2:34 PM
KENNETH J. CHRISTOPHER A. PRINE
fair@wrightclosebarger.com FAIR CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/16/2025 2:34:04 PM
CHRISTOPHER A. PRINE
Clerk

January 16, 2025

By E-Service

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:    Cause No. 15-24-00126-CV; *Still American, LLC et al. v. Baron Global Distributors LLC et al.*

Dear Mr. Prine:

This letter is in response to your letter of January 2, 2025, regarding the clerk's record and reporter's record in the above-styled case. We have ordered and paid for the clerk's record, as evidenced by the bill of costs and receipt filed on January 10, 2025.

We have also requested the reporter's record. There were seven different court reporters involved in reporting various hearings and the trial of this case. It is taking some effort to track down which reporters were present for each particular hearing or day of trial. Also, some of the requested transcripts have already been transcribed while others have not. Accordingly, we expect the reporter's record will take some additional time to complete. The cost of the reporter's record is as yet unknown, but we are in communication with Tara Cunha, the court reporter for the 284th District Court, and are prepared to pay for the record as soon as we learn the cost from her.

Please let us know if the Court requires anything further.

Sincerely,

Kenneth J. Fair

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mona Reynolds on behalf of Kenneth Fair
Bar No. 24007171
reynolds@wrightclose.com
Envelope ID: 96314624
Filing Code Description: Letter
Filing Description: 250116 Letter to Prine re record
Status as of 1/16/2025 3:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bradley W.Snead | | snead@wrightclosebarger.com | 1/16/2025 2:34:04 PM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 1/16/2025 2:34:04 PM | SENT |
| D. ScottFunk | | sfunk@grayreed.com | 1/16/2025 2:34:04 PM | SENT |
| Justin GuyLipe | | jlipe@grayreed.com | 1/16/2025 2:34:04 PM | SENT |
| Michael B.Bennett | | mbennett@cmlaw.com | 1/16/2025 2:34:04 PM | ERROR |
| Charyl E.Diaz | | cdiaz@cmlaw.com | 1/16/2025 2:34:04 PM | ERROR |